### WALRAVEN *v.* WALRAVEN.

ATKINSON, J. The judge of the superior court, on a hearing for temporary alimony pending a suit for divorce brought by a wife against her husband, did not err, on conflicting evidence, in awarding the

wife temporary alimony in the sum of $10 per month and $25 as counsel fee.

*Judgment affirmed. All Justices concur.*
No. 1771. MAY 12, 1920.

Temporary alimony. Before Judge Tarver. Gordon superior court. November 1, 1919.

*M. B. Eubanks,* for plaintiff in error.

*J. G. B. Erwin* and *F. A. Cantrell,* contra.